UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TONEY A. WHITE,<br>            Plaintiff,<br><br>v.<br><br>JEREMY BEAN, et al<br>            Defendants. | Case No. 2:21-cv-01259-RFB-VCF<br><br>**ORDER TO PRODUCE FOR VIDEOCONFERENCE**<br>**TONEY A. WHITE,**<br>**#1214172** |

TO:    CALVIN JOHNSON, WARDEN, HIGH DESERT STATE PRISON, INDIAN SPRINGS, NV

**THE COURT HEREBY FINDS** that **TONEY A. WHITE, #1214172**, is presently in custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian Springs, Nevada..

**IT IS HEREBY ORDERED** that the Warden of High Desert State Prison or his designee, shall arrange for and produce **TONEY A. WHITE, #1214172** on or about Tuesday, October 19, 2021, at the hour of 10:00 a.m., for a **videoconference** hearing by zoomgov technology in the instant matter, and arrange for his appearance on said date as ordered and directed by the Court entitled above, until **TONEY A. WHITE, #1214172,** is released and discharged by the said Court; and that T**ONEY A. WHITE, #1214172,** shall thereafter be returned to the custody of the Warden, High Desert State Prison, Indian Spring, Nevada, under safe and secure conduct.

**DATED** this 3rd day of September, 2021.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**