UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

TONEY A. WHITE,

        Plaintiff,

v.

JEREMY BEAN, et al

        Defendants.

Case No. 2:21-cv-01259-RFB-VCF

**ORDER TO PRODUCE FOR VIDEOCONFERENCE
TONEY A. WHITE,
#1214172**

TO:    CALVIN JOHNSON, WARDEN, HIGH DESERT STATE PRISON, INDIAN SPRINGS, NV

**THE COURT HEREBY FINDS** that **TONEY A. WHITE, #1214172**, is presently in custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian Springs, Nevada..

**IT IS HEREBY ORDERED** that the Warden of High Desert State Prison or his designee, shall arrange for and produce **TONEY A. WHITE, #1214172** on or about Tuesday, November 9, 2021, at the hour of 1:00 p.m., for a **videoconference** hearing by zoomgov technology in the instant matter, and arrange for his appearance on said date as ordered and directed by the Court entitled above, until **TONEY A. WHITE, #1214172**, is released and discharged by the said Court; and that T**ONEY A. WHITE, #1214172,** shall thereafter be returned to the custody of the Warden, High Desert State Prison, Indian Spring, Nevada, under safe and secure conduct.

**DATED** this <u>2nd</u> day of November, 2021.

_____
**RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE**