1
2
3
4

UNITED STATES DISTRICT COURT

5

DISTRICT OF NEVADA

6

* * *

7

TONEY A. WHITE,

Case No. 2:21-cv-01259-RFB-VCF

Plaintiff,

8

**AMENDED ORDER TO PRODUCE FOR TELECONFERENCE AS TONEY A. WHITE, #1214172**

9

v.

10

JEREMY BEAN, et al

11

Defendants.

12
13

TO:    CALVIN JOHNSON, WARDEN, HIGH DESERT STATE PRISON, INDIAN SPRINGS, NV

14

**THE COURT HEREBY FINDS** that **TONEY A. WHITE, #1214172**, is presently in

15

custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian

16

Springs, Nevada.

17

**IT IS HEREBY ORDERED** that the Warden of High Desert State Prison or his

18

designee, shall arrange for and produce **TONEY A. WHITE, #1214172** on or

19

about Friday, November 19, 2021, at the hour of 10:45 AM for a

20

Teleconference appearance in the instant matter and arrange for his appearance on said date

21

as ordered and directed by the Court entitled above, until **TONEY A.**

22

**WHITE, #1214172,** is released and discharged by the said Court and that

23

**TONEY A. WHITE, #1214172,** shall thereafter be returned to the custody of the

24

Warden, High Desert State Prison, Indian Spring,

25

Nevada, under safe and secure conduct.

26
27

**DATED** this <u>3rd</u> day of November, 2021.

28

_____

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**