UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

TONEY A. WHITE,

          Plaintiff,

v.

JEREMY BEAN, et al

          Defendants.

Case No. 2:21-cv-01259-RFB-VCF

**ORDER TO PRODUCE FOR VIDEOCONFERENCE TONEY A. WHITE, #1214172**

TO:    CALVIN JOHNSON, WARDEN, HIGH DESERT STATE PRISON, INDIAN SPRINGS, NV

**THE COURT HEREBY FINDS** that **TONEY A. WHITE, #1214172**, is presently in custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian Springs, Nevada..

**IT IS HEREBY ORDERED** that the Warden of High Desert State Prison or his designee, shall arrange for and produce **TONEY A. WHITE, #1214172** on or about Wednesday, June 8, 2022, at the hour of 9:00 a.m., for a **videoconference** hearing by zoomgov technology in the instant matter, and arrange for his appearance on said date as ordered and directed by the Court entitled above, until **TONEY A. WHITE, #1214172,** is released and discharged by the said Court; and that T**ONEY A. WHITE, #1214172,** shall thereafter be returned to the custody of the Warden, High Desert State Prison, Indian Spring, Nevada, under safe and secure conduct.

**DATED** this 20th day of May, 2022.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**