UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

TONEY A. WHITE,

        Plaintiff,

v.

JEREMY BEAN, et al

        Defendants.

Case No. 2:21-cv-01259-RFB-VCF

**ORDER TO PRODUCE FOR VIDEOCONFERENCE TONEY A. WHITE, #1214172**

TO:    CALVIN JOHNSON, WARDEN, HIGH DESERT STATE PRISON, INDIAN SPRINGS, NV

**THE COURT HEREBY FINDS** that **TONEY A. WHITE, #1214172**, is presently in custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian Springs, Nevada..

**IT IS HEREBY ORDERED** that the Warden of High Desert State Prison or his designee, shall arrange for and produce **TONEY A. WHITE, #1214172** on or about August 17, 2022 at the hour of 10:00 a.m., for the continued Evidentiary Hearing by zoomgov technology in this instant matter and arrange for his appearance on said date as ordered and directed by the Court in the entitled matter until **TONEY A. WHITE, #1214172** is released and discharged by the said Court; and that **TONEY A. WHITE, #1214172,** shall thereafter be returned to the custody of the Warden, High Desert State Prison, Indian Springs, Nevada, under safe and secure conduct.

**DATED** this <u>19th</u> day of July, 2022.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**