UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

TONEY A. WHITE,

          Plaintiff,

v.

JEREMY BEAN,  et al

          Defendants.

Case No. 2:21-cv-01259-RFB-VCF

**ORDER TO PRODUCE FOR
VIDEOCONFERENCE
TONEY A. WHITE,
#1214172**

TO:    JEREMY BEAN, ASSOCIATE WARDEN, HIGH DESERT STATE PRISON, INDIAN SPRINGS, NV

    **THE COURT HEREBY FINDS** that **TONEY A. WHITE, #1214172**, is presently in custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian Springs, Nevada..

    **IT IS HEREBY ORDERED** that the Warden of High Desert State Prison or his designee, shall arrange for and produce **TONEY A. WHITE, #1214172** on or about January 3, 2023 at the hour of 11:00 a.m., for a Status Conference Hearing by zoomgov technology in this instant matter and arrange for his appearance on said date as ordered and directed by the Court in the entitled matter until **TONEY A. WHITE, #1214172** is released and discharged by the said Court; and that **TONEY A. WHITE, #1214172,** shall thereafter be returned to the custody of the Warden, High Desert State Prison, Indian Springs, Nevada, under safe and secure conduct.

    **DATED** this 15th day of December, 2022.

_____

**RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE**