AARON D. FORD
  Attorney General
CHRIS DAVIS (Bar No. 6616)
  Senior Deputy Attorney General
SAMUEL L. PEZONE, JR. (Bar No. 15978)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
(702) 486-4070 (phone)
(702) 486-3768 (fax)
Email: spezone@ag.nv.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TONEY WHITE, III, | Case No. 2:21-cv-01259-RFB-MDC |
| Plaintiff, | |
| v. | **NOTICE OF APPEAL** |
| CHARLIE DANIELS, *et al.*, | |
| Defendants. | |

Notice is hereby given that Defendant Robin Hager, by and through counsel, Aaron D. Ford, Nevada Attorney General, Samuel L. Pezone, Jr., Deputy Attorney General, and Chris Davis, Senior Deputy Attorney General, pursuant to Fed R. App. P. 3 & 4 and 28 U.S.C. § 1291, appeal this Court's Order (EFC No. 270, filed on September 29, 2024) denying Defendant Hager's motion to dismiss asserting qualified immunity, which denial is immediately appealable and once appealed divest the district court of jurisdiction.

DATED this 30th day of October, 2024.

AARON D. FORD
Attorney General

By:  /s/ Samuel L. Pezone, Jr.
SAMUEL L. PEZONE, JR. (Bar No. 15978)
Deputy Attorney General
CHRIS DAVIS (Bar No. 6616)
Senior Deputy Attorney General

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on October 30, 2024, I electronically filed the foregoing **NOTICE OF APPEAL** via this Court's electronic filing system. Parties who are registered with this Court's electronic filing system will be served electronically.

> Eric R. Olsen, Esq.
> Garman Turner Gordon LLP
> 7251 Amigo Street, Ste. 210
> Las Vegas, NV 89119

/s/ Andrea Beckett
ANDREA BECKETT, an employee of the
Office of the Nevada Attorney General