# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Toney A. White,

                  Plaintiff,

vs.

Gregory Bryan, *et al.*,

                  Defendants.

Case No. 2:21-cv-01259-RFB-MDC

**ORDER SETTING HEARING REGARDING MOTIONS (ECF Nos. 293, 294, 296)**

The Court has reviewed defendant plaintiff's *Renewed Motion to Withdraw Counsel* (ECF No. 293), *Motion to Lift Stay of Case* (ECF No. 294), and *Motion for Extension of Time* (ECF No. 296) (collectively "Motions") and all related filings. **IT IS ORDERED** that parties shall appear for a virtual hearing via Zoom on **May 22, 2026 at 10:00 am** regarding the Motions. **IT IS FURTHER ORDERED** that High Desert State Prison shall produce plaintiff for the Zoom virtual hearing.

IT IS SO ORDERED.

DATED: April 24, 2026.

_____

Hon. Maximiliano D. Couvillier, III
United States Magistrate Judge

## NOTICE

Pursuant to Local Rules IB 3-1 and IB 3-2, a party may object to orders and reports and recommendations issued by the magistrate judge. Objections must be in writing and filed with the Clerk of the Court within fourteen days. LR IB 3-1, 3-2. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985).

This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d

1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Pursuant to LR IA 3-1, the plaintiff must immediately file written notification with the court of any change of address. The notification must include proof of service upon each opposing party's attorney, or upon the opposing party if the party is unrepresented by counsel. Failure to comply with this rule may result in dismissal of the action.