**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

TONEY A. WHITE,

Plaintiff,

v.

JEREMY BEAN, *et al.*,

Defendants.

Case No. 2:21-cv-01259-RFB-MDC

**ORDER ADOPTING REPORT AND RECOMMENDATION AND LIFTING STAY OF CASE**

Before the Court is the Report and Recommendation of the Honorable Maximiliano D. Couvillier, III, United States Magistrate Judge for the District of Nevada, which was entered on June 12, 2026. See generally R. & R., ECF No. 301 (June 12, 2026). Generally speaking, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). With that being said, a party may file specific written objections to the findings and recommendations of a magistrate judge. See id.; see also Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C); see also Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," de novo or otherwise, of the report and recommendations of a magistrate judge. See Thomas v. Arn, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by June 26, 2026. To date, no objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendation.

///

Therefore, **IT IS HEREBY ORDERED** the Report and Recommendation (ECF No. 301) is **ACCEPTED** and **ADOPTED** in full.

**IT IS FURTHER ORDERED** Plaintiff's Motion to Lift Stay of Case (ECF No. 294) is **GRANTED**. The stay of proceedings, which was originally entered on March 3, 2025, is **LIFTED**. The scheduling order entered on May 26, 2026, will continue to govern these proceedings. <u>See generally</u> Scheduling Order, ECF No. 299 (May 26, 2026).

**DATED:** July 14, 2026.

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**